# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNARD ADJEI, | Civil No. 3:19-cv-1200 |
| Petitioner | (Judge Mariani) |
| v. | |
| Warden SCOTT FINLEY, | |
| Respondent | |

## ORDER

**AND NOW**, this 15th day of November, 2019, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED without prejudice.**

2. The Clerk of Court is directed to **CLOSE** this case.

3. Petitioner's motions for enlargement of time and to stay proceedings until Petitioner exhausts administrative remedies (Docs. 7, 8) are **DENIED**.

Robert D. Mariani
United States District Judge