IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD ADJEI, | : | |
| | : | Civil No. 3:19-cv-1200 |
| Petitioner | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| Warden SCOTT FINLEY, | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 8th day of September, 2020, upon consideration of the Petitioner's motion for reconsideration of this Court's November 1, 2019 Memorandum and Order, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the Petitioner's motion (Doc. 11) is **DENIED**.

Robert D. Mariani
United States District Judge